# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 23, 2016

### NO. 03-16-00043-CV

**William D. Paschal and Paul N. Paschal, Appellants**

**v.**

**Garrick Engle, Appellee**

**APPEAL FROM THE COUNTY COURT AT LAW NO. 2 OF TOM GREEN COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD**
**AFFIRMED -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court on November 2, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellants shall pay all costs relating to this appeal, both in this Court and the court below.